**Order filed December 22, 2011.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00756-CV
NO. 14-11-00757-CV
NO. 14-11-00758-CV
NO. 14-11-00759-CV

_____

**NATHANIEL JONES, III, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, ET AL, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2010-50804, 2010-50601, 2010-50602, and 2010-50603**

---

### ORDER

The reporter's record in each of these cases was due October 17, 2011. *See* Tex. R. App. P. 35.1. On November 15, 2011, the clerk of this court sent a letter to Darlene Stein, the official court reporter, informing her that the records had not been filed.

The court has not received a request to extend time for filing the records. The records have not been filed with the court. We therefore issue the following order.

We order Darlene Stein, the official court reporter, to file the records in these appeals **on or before January 23, 2012.**

PER CURIAM